UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON RATNER, derivatively on behalf of THE BOEING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>W. JAMES MCNERNEY, JR., DENNIS A. MUILENBURG, GREGORY D. SMITH; DAVID L. CALHOUN, ARTHUR D. COLLINS, JR., LINDA Z. COOK, KENNETH M. DUBERSTEIN, EDMUND P. GIAMBASTIANI, JR., LYNN J. GOOD, LAWRENCE W. KELLNER, EDWARD M. LIDDY, SUSAN C. SCHWAB, RONALD A. WILLIAMS, and MIKE S. ZAFIROVSKI,<br><br>Defendants,<br><br>-and-<br><br>THE BOEING COMPANY,<br><br>Nominal Defendant. | Case No.:1:16-cv-03589<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

Plaintiff Jason Ratner ("Plaintiff") through his undersigned counsel of record, states as follows:

WHEREAS, the above-captioned action was filed on March 24, 2016, and is brought derivatively on behalf of The Boeing Company ("Boeing");

WHEREAS, the action alleges violations of Section 14(a) of the Securities Exchange Act of 1934, breaches of fiduciary duties, unjust enrichment, corporate waste, and insider selling against certain current and former officers and directors of Boeing;

WHEREAS, Defendants have neither answered the complaint nor moved for summary judgment;

1

WHEREAS, on April 20, 2016, Plaintiff in the action entitled *Bisht v. The Boeing Company, et al.*, Case No. 16-cv-02454 (N.D. Ill.), which alleged violations of the Securities Exchange Act of 1934 and is based upon substantially similar alleged conduct, filed a notice of voluntary dismissal without prejudice;

WHEREAS, counsel for Plaintiff and Defendants have met and conferred concerning this action, and agree that all parties will bear their own costs and fees upon Plaintiff's voluntary dismissal of this action without prejudice; and

WHEREAS, under Federal Rule of Civil of Procedure 41(a)(1)(A)(i), Plaintiff is entitled to dismiss this action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . .."

THEREFORE, Plaintiff, through his undersigned counsel, hereby dismisses this action without prejudice, with all parties to bear their own costs and fees.

DATED: May 9, 2016

                                              Respectfully submitted,

                                              */s/Michael I. Fistel, Jr.*
                                              Michael I. Fistel, Jr.

                                              **JOHNSON & WEAVER, LLP**
                                              Michael I. Fistel, Jr.
                                              40 Powder Springs Street
                                              Marietta, GA 30064
                                              Telephone: (770) 200-3104
                                              Facsimile: (770) 200-3101
                                              Email: michaelf@johnsonandweaver.com

                                              **JOHNSON & WEAVER, LLP**
                                              Frank J. Johnson
                                              600 West Broadway, Suite 1540
                                              San Diego, CA 92101
                                              Telephone: (619) 230-0063
                                              Facsimile: (619) 255-1856
                                              Email: frankj@johnsonandweaver.com

        **MILLER LAW LLC**
        115 S. LaSalle Street, Suite 2910
        Chicago, IL 60603
        Telephone: (312) 332-3400
        Email: lfanning@millerlawllc.com

        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. The electronic filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.